UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN T. HILL, | ) | Case No. CV 11-3502 JC |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| DOMINGO URIBE, JR., | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Memorandum Opinion and Order Denying First Amended Petition as Time-Barred and Dismissing Action with Prejudice, IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: June 30, 2014

                                                /s/
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE